FILED

11/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0540

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-24-0540

| | |
|---|---|
| LYNDA WETTERLING<br><br>*Plaintiff/Appellant*,<br><br>v.<br><br>NANCY AITKEN NOBLES,<br><br>*Defendant/Appellee*. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of the Appellant's unopposed motion for an extension of time to file Appellant's opening brief, and good cause appearing:

IT IS HEREBY ORDERED that the Appellant is granted an extension of time up to and including December 16, 2024, in which to prepare, file and serve the Appellant's opening brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 7 2024